UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIARA NEWTON,

    Plaintiff,

v.

EQUILON ENTERPRISES LLC,

    Defendant.

Case No. 17-cv-03961-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, April 23, 2018 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | January 22, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court approval |
| NON-EXPERT DISCOVERY CUTOFF: | June 29, 2018 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: August 1, 2018<br>Rebuttal: August 15, 2018 |
| EXPERT DISCOVERY CUTOFF: | August 29, 2018 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | October 16, 2018 [filed by 9/11/18] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, September 21, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | September 28, 2018 |
| PRETRIAL CONFERENCE: | Friday, October 12, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, November 5, 2018 at 8:30 a.m. for Two weeks (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, September 21, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 27, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge