UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIARA NEWTON**, <br><br> Plaintiff, <br><br> vs. <br><br> **EQUILON ENTERPRISES, LLC DBA SHELL OIL PRODUCTS US**, <br><br> Defendant. | Case No.: 17-cv-3961-YGR <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE; REVISING CASE MANAGEMENT AND PRETRIAL ORDER** |

The Court has reviewed the parties' Updated Joint Case Management Statement (Dkt. No. 36) and, in light thereof, **VACATES** the Case Management Conference currently scheduled for April 23, 2018 and **REVISES** its Case Management and Pretrial Order (Dkt. 18) as follows:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | January 22, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court approval |
| NON-EXPERT DISCOVERY CUTOFF: | ~~June 29, 2018~~ **July 31, 2018** |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: August 1, 2018 <br> Rebuttal: August 15, 2018 |
| EXPERT DISCOVERY CUTOFF: | August 29, 2018 |
| **DISPOSITIVE MOTIONS**[1] | ~~October 16, 2018 [filed by 9/11/18]~~ <br> **August 21, 2018** |
| DAUBERT MOTIONS TO BE HEARD BY: | ~~October 16, 2018 [filed by 9/11/18]~~ <br> **October 12, 2018 [filed by 9/7/18]** |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, September 21, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | September 28, 2018 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| PRETRIAL CONFERENCE: | Friday, October 12, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, November 5, 2018 at 8:30 a.m. for Two weeks (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, September 21, 2018, at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 20, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge