UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIARA NEWTON**,<br><br>  Plaintiff,<br><br>  vs.<br><br>**EQUILON ENTERPRISES, LLC DBA SHELL OIL PRODUCTS US**,<br><br>  Defendant. | Case No.: 17-cv-3961-YGR<br><br>**ORDER GRANTING REQUEST TO COMPEL PRODUCTION;**<br>**ORDER TO SHOW CAUSE WHY DEFENDANT EQUILON ENTERPRISES, GARY T. LAFAYETTE, AND LAFAYETTE & KUMAGAI LLP SHOULD NOT BE SANCTIONED**<br><br>**DKT NO. 39** |

**TO DEFENDANT EQUILON ENTERPRISES LLC DBA SHELL OIL PRODUCTS US AND THEIR COUNSEL OF RECORD GARY T. LAFAYETTE AND LAFAYETTE & KUMAGAI LLP**:

**YOU ARE ORDERED** to produce, no later than **May 18, 2018**, all supplemental discovery responses, specified documents, and the privilege log identifying documents withheld, as referenced in the parties' January 2018 Agreement, which is Exhibit 1 to plaintiff's May 8, 2018 discovery letter (Dkt. No. 39).

Further, **YOU ARE HEREBY ORDERED TO SHOW CAUSE** why daily sanctions should not be imposed for your failure to comply with your representations to this Court. You previously represented to this Court first that you would provide to plaintiff outstanding discovery responses and documents, by no later than January 31, 2018, and then, having failed to meet that deadline, by no later than April 23, 2018. (*See* Joint Case Management Statement, Dkt. No. 36, filed April 17, 2018, at page 5:9-15; and Joint Statement re: Status of Discovery, Dkt. No. 32, filed January 22, 2018.)

A hearing on this Order to Show Cause will be held on **Tuesday, May 29, 2018, at 1:45 p.m.,** in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Defendant and its counsel shall file a written response no later than **May 22, 2018**, verifying compliance with the above order and otherwise explaining why sanctions should not be imposed. Absent further order, the parties shall appear in person by lead trial counsel. No telephonic appearances will be permitted.

**IT IS SO ORDERED.**

Date: May 10, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**