UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIARA NEWTON**, <br> Plaintiff, <br> vs. <br> **EQUILON ENTERPRISES, LLC DBA SHELL OIL PRODUCTS US**, <br> Defendant. | Case No.: 17-cv-3961-YGR <br><br> **ORDER GRANTING REQUEST TO COMPEL DEPOSITIONS; ORDER TO SHOW CAUSE WHY DEFENDANT EQUILON ENTERPRISES, GARY T. LAFAYETTE, AND LAFAYETTE & KUMAGAI LLP SHOULD NOT BE SANCTIONED** <br><br> **DKT NO. 41, 42** |

**TO DEFENDANT EQUILON ENTERPRISES LLC DBA SHELL OIL PRODUCTS US AND THEIR COUNSEL OF RECORD GARY T. LAFAYETTE AND LAFAYETTE & KUMAGAI LLP**:

**YOU ARE ORDERED** to produce for deposition the following persons on the dates stated:

May 22, 2018: Christine Layne

May 23, 2018: Jeff Fischer

June 5, 2108: Cameron Curran

June 6, 2018: Mike Beck

June 7, 2018: Eric Perez

You are **ORDERED** to pay sanctions to plaintiff Ciara Newton no later than **May 22, 2018,** in the amount of **$685.77** for your failure to appear as noticed for deposition on April 25, 2018.

You are **ORDERED** to pay sanctions in the amount of **$250.00** to the Court for your failure to comply with this Court's Standing Order in Civil Cases ¶ 8(b).

Further, **YOU ARE HEREBY ORDERED TO SHOW CAUSE** why additional monetary and/or evidentiary sanctions should not be imposed for your failure to complete discovery in a timely fashion and to respond in good faith to opposing counsel's efforts to meet and confer.

A hearing on this Order to Show Cause will be held on **Tuesday, May 29, 2018, at 1:45 p.m.,** in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Defendant and its counsel shall file a written response no later than **May 24, 2018**, verifying compliance with the sanctions order above and the first two scheduled depositions, and otherwise explaining why sanctions should not be imposed. Absent further order, the parties shall appear in person by lead trial counsel. No telephonic appearances will be permitted.

A further hearing on the Order to Show Cause will be held on **June 15, 2018, at 9:01 a.m.** Defendant and its counsel shall file a written response no later than **June 8, 2018**, verifying compliance with the remaining scheduled depositions, and otherwise explaining why sanctions should not be imposed. Again, absent further order, the parties shall appear in person by lead trial counsel. No telephonic appearances will be permitted.

**IT IS SO ORDERED.**

Date: May 15, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**