UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIARA NEWTON**, <br> Plaintiff, <br> vs. <br> **EQUILON ENTERPRISES, LLC DBA SHELL OIL PRODUCTS US**, <br> Defendant. | Case No.: 17-cv-3961-YGR <br><br> **ORDER TO SHOW CAUSE AND CONTINUING HEARING FROM MAY 29, 2018 TO JUNE 8, 2018** <br><br> **DKT NO. 40, 43** |

The hearing on the Orders to Show Cause regarding sanctions: (1) for failure to comply with representations made to this Court in prior statements (Dkt. No. 40) and (2) failure to comply with the Court's Standing Order in Civil Cases ¶ 8(b) (Dkt. No. 42), currently set for May 29, 2018, is **CONTINUED** to June 8, 2018, at 8:00 a.m.

The Court notes that defendant has submitted written responses verifying compliance with the Court's order to produce supplemental discovery responses, documents, and a privilege log; and verifying compliance with the first two scheduled depositions of Christine Layne and Jeff Fischer, and payment of sanctions to the Court. However, defendant has failed to submit verification of its compliance with this Court's May 15, 2018 Order that "[Defendants] *are ordered to pay sanctions to plaintiff Ciara Newton no later than **May 22, 2018, in the amount of $685.77*** for your failure to appear as noticed for deposition on April 25, 2018." (Dkt. No. 43 [emphasis supplied]; *see* responses filed at Dkt. No. 48, 51.)

Therefore, DEFENDANT EQUILON ENTERPRISES LLC DBA SHELL OIL PRODUCTS US AND ITS COUNSEL OF RECORD GARY T. LAFAYETTE AND LAFAYETTE &KUMAGAI LLP ARE ORDERED TO SHOW CAUSE why additional monetary sanctions should not be ordered for its knowing failure to comply with this Court's May 15, 2018 Order to pay sanctions to plaintiff. Defendant shall file a response to this Order to Show Cause no later than **June 6, 2018**. Defendant shall also verify compliance with that portion of the Court's May 15, 2018 Order

requiring deponents Cameron Curran and Mike Beck to be produced for deposition on June 5 and June 6, respectively. Such written verification shall be filed by **June 6, 2018**.

Absent further order, the parties shall appear in person by lead trial counsel. No telephonic appearances will be permitted.

**IT IS SO ORDERED.**

Date: May 25, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**