UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIARA NEWTON**,<br><br>    Plaintiff,<br><br>vs.<br><br>**EQUILON ENTERPRISES, LLC DBA SHELL OIL PRODUCTS US**,<br><br>    Defendant. | Case No.: 17-cv-3961-YGR<br><br>**ORDER TO SHOW CAUSE RE: MONETARY SANCTIONS FOR FAILURE TO COMPLY WITH STANDING ORDER RE: DISCOVERY DISPUTES** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

You are **HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned **in the minimum amount of $750.00 per party** for failure to comply with this Court's Standing Order regarding discovery disputes.  (*See* Standing Order in Civil Cases ¶ 8.)

A hearing on this Order to Show Cause will be held on **Tuesday, August 21, 2018**, on the Court's 2:01 p.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1, to be heard at the same time as the hearing on defendant's pending motion for summary judgment.

The parties shall be prepared to address the discovery letters filed in the last three court days at the time of the hearing.

**IT IS SO ORDERED.**

Date: August 21, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**