# UNITED STATES DISTRICT COURT
## Northern District of California

Date: December 19, 2018             **Judge:** Yvonne Gonzalez Rogers

### JURY TRIAL MINUTES

**Case No.**: 17-cv-03961-YGR      **Case Name:** Ciara Newton v. Equilon Enterprises

**Time:** 12:28-12:54 p.m.; 12:56-2:31 p.m.; 2:57-3:11 p.m.; 4:07-4:17 p.m.
The Honorable Yvonne Gonzalez Rogers

**Clerk:** Nikki D. Riley           **Court Reporter:** Diane Skillman

### COUNSEL FOR PLTF:
Sonya Smallets and Emily Nugent and Evan Ettinghoff; Plaintiff: Ciara Newton.

### COUNSEL FOR DEFT:
Gary Lafayette and Barbara Lyons

Voir Dire Began: 12/7/18

Trial Began: 12/10/18        Further Trial: **THURSDAY, 12/20/18 AT 8:30 AM**

### JURY TRIAL

### PROCEEDINGS:

Jury continues deliberations at 8:30 a.m. Court in session. Verdict is read. Jury is polled. Jury is instructed as to phase 2. Closing by Counsel for Plaintiff. Closing by Counsel for Defendant. Rebuttal by Counsel for Plaintiff. Jury is excused to begin deliberating as to phase 2. Jury is excused for the day at 4:20 p.m. RECESS for the day. Further jury deliberations set for 12/20/18 at 8:30 am.