

FILED

DEC 20 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIARA NEWTON,<br><br>       Plaintiff,<br><br>vs.<br><br>EQUILON ENTERPRISES, LLC DBA SHELL OIL PRODUCTS US,<br><br>       Defendant. | Case No. 17-cv-3961 YGR<br><br>VERDICT FORM - PHASE II |

1

**WE, THE JURY IN THE ABOVE-ENTITLED CASE,** unanimously render the following verdicts and findings of fact:

1. We award Ciara Newton damages for past and future mental suffering and emotional distress in the amount of: (Please enter amount on the line below.)

$ __475,000.00__

2. Did an agent or employee of Equilon Enterprises LLC dba Shell Oil Products US engage in conduct with malice, oppression, or fraud?

Yes ✓        No _____

*If your answer to Question 2 is "Yes" then answer Question 3. If your answer to Question 2 is "No," you are done. Please sign and date below and give this verdict form to the court clerk.*

3. Did one or more officers, directors, or managing agents of Equilon Enterprises LLC dba Shell Oil Products US know of this conduct and authorize or ratify it after it occurred?

Yes _____        No ✓

**Please sign and date below and give this verdict form to the court clerk.**

DATE: 12/20/19

FOREPERSON, JUROR NO. 2

_____
FOREPERSON SIGNATURE