United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIARA NEWTON,

    Plaintiff,

    vs.

EQUILON ENTERPRISES, LLC DBA SHELL OIL PRODUCTS US,

    Defendant.

Case No.: 17-cv-3961-YGR

ORDER VACATING HEARING ON MOTION FOR INJUNCTIVE RELIEF; SETTING COMPLIANCE RE: PROPOSED SCHEDULE FOR POST-TRIAL BRIEFING

The Court has reviewed the papers submitted by the parties in connection with plaintiff's request for injunctive relief. The motion is appropriate for decision without oral argument. The Court VACATES the hearing currently set for March 26, 2019.

The parties are directed to meet and confer and submit a proposed schedule for post-trial briefing no later than **March 29, 2019**. The Court sets a compliance hearing regarding the proposed schedule for **April 5, 2019**, on the Court's 9:01 a.m. calendar. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

    IT IS SO ORDERED.

Date: March 14, 2019

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE