UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIARA NEWTON**,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**EQUILON ENTERPRISES, LLC DBA SHELL OIL PRODUCTS US**,<br><br>　　　　Defendant. | Case No.: 17-cv-3961-YGR<br><br>**AMENDED JUDGMENT ON VERDICT** |

This action came on for jury trial on December 10, 2018, in Courtroom 1 of the United States District Court, Northern District of California, before district judge Yvonne Gonzalez Rogers. Witnesses were sworn and testified. After hearing the evidence, the jury was instructed by the Court and the case was submitted to the jury. Eight sworn jurors deliberated.

On December 19, 2018, a jury rendered a verdict in favor of plaintiff Ciara Newton on her claims for harassment based upon gender and failure to prevent harassment based upon gender. (Dkt. No. 248.) The jury found in favor of defendant Equilon Enterprises, LLC on Newton's claims of gender discrimination, retaliation in violation of the Fair Employment and Housing Act ("FEHA"), and whistleblower retaliation under the California Labor Code. (*Id.*) On December 20, 2018, the jury rendered its further verdict awarding Newton $475,000.00 in damages on her harassment and failure to prevent harassment claims. (Dkt. No. 253.) On April 24, 2019, the Court denied Newton's motion for injunctive relief. The issues having been duly tried and the jury having duly rendered its verdicts,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff Ciara Newton shall recover the sum of $475,000.00 from defendant Equilon Enterprises LLC, plus interest, costs, and attorneys' fees as provided by law.

Date: __April 25, 2019__

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**