**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ciara Newton,<br><br>    Plaintiff,<br><br>vs.<br><br>Equilon Enterprises LLC,<br><br>    Defendant. | Case No. 17-cv-03961-YGR<br><br>**Second Amended Judgment On Verdict** |

On December 19, 2018, a jury rendered a verdict in favor of Plaintiff Ciara Newton on her claims for harassment based upon gender and failure to prevent harassment based upon gender. (Dkt. No. 248.) The jury found in favor of Defendant Equilon Enterprises, LLC on Newton's claims of gender discrimination, retaliation in violation of the Fair Employment and Housing Act ("FEHA"), and whistleblower retaliation under the California Labor Code. (Id.) On December 20, 2018, the jury rendered its further verdict awarding Newton $475,000.00 in damages on her harassment and failure to prevent harassment claims. (Dkt. No. 253.) On April 24, 2019, the Court denied Newton's motion for injunctive relief and issued an amended judgment on April 25, 2019. (Dkt. No. 283, 285, 286.) On September 18, 2019, the Court denied Defendant's renewed motion for judgment as a matter of law, for a new trial, for remittitur, or to alter or amend the judgment; granted in part Plaintiff's motion for review of taxation of costs; and granted in part Plaintiff's motion for attorneys' fees and costs under FEHA. (Dkt. No. 338.)

The issues having been duly tried and the jury having duly rendered its verdicts, and post-trial motions having been decided, the judgment in this matter is amended as follows: **It Is Ordered, Adjudged, And Decreed** that Plaintiff Ciara Newton shall recover the sum of $475,000.00 from Defendant Equilon Enterprises LLC; attorneys' fees in the amount of $841,543.73; expert and litigation consultant fees as costs under FEHA in the amount of

$20,389.04; costs taxed by the Clerk in the amount of $15,696.79; additional taxable costs as awarded by Court order in the amount of $29,988.76; and interest as provided by law.

**IT IS SO ORDERED.**

Dated: October 8, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**