FILED

MAY 7 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CIARA NEWTON, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> EQUILON ENTERPRISES, LLC, DBA Shell Oil Products US, <br><br> Defendant-Appellant. | No.   19-17070 <br><br> D.C. No. 4:17-cv-03961-YGR <br> Northern District of California, Oakland <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 20), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Chief Circuit Mediator

sl/mediation