UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIARA NEWTON,<br><br>　　　　　　　PLAINTIFF,<br><br>　vs.<br><br>EQUILON ENTERPRISES LLC DBA SHELL OIL PRODUCTS US,<br><br>　　　　　　　DEFENDANT. | Case No.: 4:17-cv-03961-YGR<br><br>**ORDER GRANTING STIPULATION RE: SETTLEMENT AND DISMISSAL** |

　　　　Plaintiff Ciara Newton ("Plaintiff") and Defendant Equilon Enterprises LLC DBA Shell Oil Products US ("Defendant"), through their respective counsel, hereby state that this matter has been settled. Accordingly, the parties hereby stipulate that the action shall be dismissed with prejudice, with each party to bear her/its own attorney's fees and costs.

　　　　IT IS SO STIPULATED.

DATED: November 16, 2020　　　MINNIS & SMALLETS LLP


　　　　　　　　　　　　　　　by:　 /s/ Sonya L. Smallets
　　　　　　　　　　　　　　　　　　SONYA L. SMALLETS, ESQ.
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　CIARA NEWTON

DATED: November 16, 2020          EMILY NUGENT LAW


                                  by:    /s/ Emily A. Nugent
                                         EMILY A. NUGENT, ESQ.
                                         Attorneys for Plaintiff
                                         CIARA NEWTON

DATED: November 16, 2020          OLIVIER SCHREIBER & CHAO LLP


                                  by:    /s/ Monique Olivier
                                         MONIQUE OLIVIER, ESQ.
                                         Attorneys for Plaintiff
                                         CIARA NEWTON

DATED: November 16, 2020          LAFAYETTE & KUMAGAI LLP
                                  Gary T. Lafayette (State Bar No. 088666)
                                  Brian Chun (State Bar No. 215417)
                                  Barbara Lyons (State Bar No. 173548)
                                  1300 Clay Street, Suite 810
                                  Oakland, CA 94612
                                  Telephone:    (415) 357-4600
                                  Facsimile:    (415) 357-4605

                                  By:    /s/ Gary T. Lafayette
                                         GARY T. LAFAYETTE, ESQ.
                                         Attorneys for Defendant
                                         EQUILON ENTERPRISES LLC dba
                                         SHELL OIL PRODUCTS US


## [PROPOSED] ORDER

The parties having so stipulated, IT IS ORDERED that this Action shall be dismissed with prejudice, with each party to bear her/its own attorney's fees and costs.

DATED: 11/18/2020                 _/s/ Yvonne Gonzalez Rogers_
                                  HONORABLE YVONNE GONZALEZ ROGERS
                                  UNITED STATES DISTRICT COURT JUDGE